# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| MICHAEL D. FRANK, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )   **JUDGMENT**<br>CAROLYN W. COLVIN, )   **CASE NO. 7:13-CV-25-D**<br>*Acting Commissioner of Social Security*, )<br>    Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 26] is GRANTED, and Defendant's final decision is AFFIRMED. This action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 24, 2014,** WITH A COPY TO:

George Piemonte (via CM/ECF electronic notification)
Amanda Gilman (via CM/ECF electronic notification)

| | |
|---|---|
| March 24, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |